IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

WILLIAM MYRON THURMAN                                      PETITIONER

VS.                     CASE NO. 2:06CV00114 SWW/HDY

LINDA SANDERS,
WARDEN, FCI FORREST
CITY, ARKANSAS                                             RESPONDENT

**ORDER**

The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young. After careful review of those Findings and Recommendations, the timely objections received thereto, and a *de novo* review of the record, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all but the following respect. It does appear that Judgment in petitioner's federal criminal case was issued by United States District Judge Joe J. Fisher on March 15, 1991, not March 2001.

It is clear that petitioner has not completed the administrative review process outlined at 28 C.F.R. § 542.10 through 542.19. Before he may seek relief in federal court, petitioner must file an appeal with the General Counsel, the final step in the process. Until he does so, the Court does not know what the General Counsel will do with petitioner's claim, and until the General Counsel is given an opportunity to act, petitioner has not exhausted his administrative remedies. The Office of General Counsel may deny the appeal on the ground that it is untimely or it may

allow petitioner to file the appeal out of time and rule on the merits.

    Because petitioner has not shown that such an appeal would be futile, the Court dismisses his petition for failure to exhaust his administrative remedies.  Judgment will be entered accordingly.

    IT IS SO ORDERED this 14th day of August 2006.


                                                 <u>/s/Susan Webber Wright</u>

                                               UNITED STATES DISTRICT JUDGE