IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

WILLIAM MYRON THURMAN                                    PETITIONER

VS.                    CASE NO. 2:06CV00114 SWW/HDY

LINDA SANDERS,
WARDEN, FCI FORREST
CITY, ARKANSAS                                           RESPONDENT

# JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus without prejudice. The relief sought is denied.

IT IS SO ORDERED this 14th day of August 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE